IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ZINA WEST-LEWIS,                          §
                                          §
            Plaintiff,                    §
                                          §
V.                                        §        No. 3:17-CV-345-M-BN
                                          §
                                          §
NANCY A. BERRYHILL,                       §
Acting Commissioner of Social Security,   §
                                          §
            Defendant.                    §

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a

Recommendation in this case on January 31, 2018. *See* Dkt. No. 16. No objections were

filed. The District Court reviewed the proposed Findings, Conclusions, and

Recommendation for plain error. Finding none, the Court ACCEPTS the Findings,

Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 23rd day of February, 2018.


_____
BARBARA M. G. LYNN
CHIEF JUDGE